IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SAFETY-KLEEN CORP., et al., | Case No. 00-2303 (PJW) |
| Debtors. | Jointly Administered |

06-354 GMS

## AMENDED ORDER WITHDRAWING REFERENCE

WHEREFORE, this matter having come before the Court on Oolenoy Valley Consulting LLC's (the "Trustee") Motion To Withdraw The Reference To The Bankruptcy Court (the "Motion") in the above-captioned cases;

WHEREFORE, having duly considered the parties' submission and having found that the relief requested by the Motion is proper and in the best interests of the Debtors' estates;

NOW, THEREFORE, it is hereby ordered that the Motion is GRANTED and the Personal Injury Claims[1] are withdrawn to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 157(d).

United States District Judge

Dated: June 12, 2006

520775

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.