IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAFETY-KLEEN CORP., et al.,<br><br>Debtors. | Case No. 06-0354 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 1, 2006, **OOLENOY VALLEY CONSULTING LLC'S FIRST SET OF DISCOVERY REQUESTS DIRECTED TO CRAIG A. STOWE** were served upon the following individual in the manner indicated:

### BY FIRST CLASS MAIL

John W. Houghtaling, Esquire
Gauthier, Downing, LaBarre, Beiser & Dean
3500 North Hullen Drive
Metairie, LA 70002

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Donna L. Culver_
Donna L. Culver (#2983)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
   Counsel for Oolenoy Valley Consulting LLC, as
   trustee for the Safety-Kleen Creditor Trust

November 6, 2006