IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAFETY-KLEEN CORP., et al.,<br><br>Debtors. | Case No. 06-0354 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 1, 2006, **OOLENOY VALLEY CONSULTING LLC'S FIRST SET OF DISCOVERY REQUESTS DIRECTED TO ALLWASTE (J. WHITE *ET AL.*)** were served upon the following individual in the manner indicated:

### BY FIRST CLASS MAIL

Allwaste (J. White *et al.*)
c/o William B. Baggett
Baggett McCall & Burgess
P. O. Drawer 7820
Lake Charles, LA 70606-7820

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Donna L. Culver (#2983)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
    Counsel for Oolenoy Valley Consulting LLC, as
    trustee for the Safety-Kleen Creditor Trust

November 6, 2006