IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAFETY-KLEEN CORP., et al.,<br><br>Debtors. | Case No. 06-0354 (GMS) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 1, 2006, **OOLENOY VALLEY CONSULTING LLC'S FIRST SET OF DISCOVERY REQUESTS DIRECTED TO DONNA M. BORTHWICK** were served upon the following individual in the manner indicated:

### BY FIRST CLASS MAIL

Alan G. Faber, Esquire
Siben & Siben, LLP
90 East Main Street
Bay Shore, NY 11706

                                     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                     /s/ Donna L. Culver
                                     Donna L. Culver (#2983)
                                     1201 North Market Street
                                     P.O. Box 1347
                                     Wilmington, DE 19899-1347
                                     (302) 658-9200
                                         Counsel for Oolenoy Valley Consulting LLC, as
                                         trustee for the Safety-Kleen Creditor Trust

November 6, 2006