IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAFETY-KLEEN CORP., et al.,<br><br>Debtors. | Case No. 06-0354 (GMS) |

## SUPPLEMENTAL NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 1, 2006, **OOLENOY VALLEY CONSULTING LLC'S FIRST SET OF DISCOVERY REQUESTS DIRECTED TO JOHN R. GIORDANO** were served upon the following individual in the manner indicated:

### BY FACSIMILE AND FIRST CLASS MAIL

John G. Gentile, Esquire
Bellavia Gentile & Associates, LLP
200 Old Country Road
Suite 400
Mineola, NY 11501

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Donna L. Culver*
Donna L. Culver (#2983)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Counsel for Oolenoy Valley Consulting LLC, as trustee for the Safety-Kleen Creditor Trust

December 6, 2006