IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAFETY-KLEEN CORP., et al.,<br><br>Debtors. | Case No. 06-0354 (GMS) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 22, 2006, **OOLENOY VALLEY CONSULTING LLC'S FIRST SET OF DISCOVERY REQUESTS DIRECTED TO BARBARA CIRINA** were served upon the following individual in the manner indicated:

### BY FIRST CLASS MAIL

Gary S. Alweiss, Esquire
229 Seventh Street
Suite 300
Garden City, NY 11530

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Donna L. Culver*
                                          Donna L. Culver (#2983)
                                          1201 North Market Street
                                          P.O. Box 1347
                                          Wilmington, DE 19899-1347
                                          (302) 658-9200
                                                Counsel for Oolenoy Valley Consulting LLC, as trustee for the Safety-Kleen Creditor Trust

December 22, 2006