IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

SAFETY-KLEEN CORP., et al.,

Debtors.

Case No. 06-0354 (GMS)

### OOLENOY VALLY CONSULTING LLC'S MOTION FOR
### CONTINUANCE OF SCHEDULING CONFERENCE

Oolenoy Valley Consulting LLC, as trustee of the Saftey-Kleen Creditor Trust (the "Trustee"), hereby moves the Court (the "Motion") for an order, continuing the telephonic status and scheduling conference scheduled in this matter for Wednesday, March 28, 2007 at 11:00 a.m. As grounds for this Motion, the Trustee respectfully states as follows:

1. This is a proceeding arising out of the chapter 11 bankruptcy cases of Safety-Kleen Corp. and its affiliated debtors (collectively, the "Debtors"). On August 1, 2003, the Bankruptcy Court entered an order confirming the Modified First Amended Joint Plan of Reorganization of Safety-Kleen Corp. and Certain of its Direct and Indirect Subsidiaries, dated July 21, 2003 (the "Plan"), and on December 24, 2003, the Plan became effective.

2. Pursuant to the Plan, the Safety-Kleen Creditor Trust (the "Creditor Trust") was formed and Oolenoy Valley Consulting LLC was named as trustee of the Creditor Trust. Pursuant to the Plan, the Trustee is empowered to reconcile and resolve certain claims filed against the Debtors' estates.

3. In accordance with the provisions of the Plan, on May 16, 2006, the Trustee moved to withdraw the standing reference made to the Bankruptcy Court with respect to certain personal injury claims listed on the attached Exhibit A. That motion was granted by this Court on June 12, 2006 [D.I. 3] and on September 11, 2006, the Trustee filed its motion to

estimate those personal injury claims and to set a scheduling conference for the purpose of establishing a schedule for the orderly completion of discovery. [D.I. 4].

    4.    On March 9, 2007, the Court issued an order pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.2(b) setting a telephonic status and scheduling conference with respect to this matter and directing the Trustee to notify the proper parties of the time and date of the conference. That order was served electronically upon Curtis Miller, an associate with the law firm of Morris, Nichols, Arsht & Tunnell LLP, who inadvertently failed to forward it on to the attorney responsible for the matter based on the mistaken assumption that she, too, had been receiving copies of electronic notices filed in the case. *See Declaration of Curtis S. Miller* (Exhibit B hereto). As a result, counsel responsible for the matter did not become aware of the scheduling conference or the Court's request for a joint status report until March 26, 2007 when Mr. Miller received an electronic notice of the Court's oral order inquiring as to the status of the Joint Status Report. *Id.*

    5.    As the result of the failure of communication within counsel's office, and the fact that the Trustee's counsel did not actually become aware of the scheduling and status conference until March 26, 2007, counsel has not been able to confer with the claimants regarding the issues identified in the Court's March 9, 2007 Order. Accordingly, counsel respectfully requests that the Court continue the conference to a new date so that the appropriate contacts can be made and a Joint Status Report filed addressing the items requested by the Court.

## REQUEST FOR WAIVER OF FILING OF MEMORANDUM OF LAW

    6.    In light of the nature of the relief requested, and because this Motion raises no novel issues of law, the Trustee respectfully requests that this Court dispense with the

requirement for the submission of a memorandum of law contained in D. Del. L.R. 7.1.2, except that the Trustee reserves all rights to file a reply brief in support of this Motion.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order continuing the status and scheduling conference in this matter to a new date; and granting such other and further relief as the Court deems just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Donna L. Culver*
Donna L. Culver (#2983)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

*Attorneys for Oolenoy Valley Consulting LLC as Trustee of the Safety-Kleen Creditor Trust*

March 26, 2007

# **Exhibit A**

| Name | Claim No | Detail Amt | Nature of Claim |
|---|---|---|---|
| ALLWASTE (E. WEBB ET AL.) | 6410 | Unliquidated | LITIG - BODILY INJURIES |
| ALLWASTE (J. ORTEGO ET AL.) | 9244 | Unliquidated | LITIG - BODILY INJURIES |
| ALLWASTE (J. WHITE ET AL.) | 9245 | Unliquidated | LITIG - BODILY INJURIES |
| ALLWASTE (L. SHELTON ET AL. | 9243 | Unliquidated | LITIG - BODILY INJURIES |
| BORTHWICK, DONNA M. & WILL | 4933 | $1,100,000.00 | LITIG - BODILY INJURIES |
| CHMIELARSKI, DONNA | 5821 | $13,057.75 | LITIG - BODILY INJURIES |
| CIRINA BARBARA | 6640 | Unliquidated | LITIG - BODILY INJURIES |
| DONNA BORTHWICK | 16447 | $1,100,000.00 | LITIG - BODILY INJURIES |
| EARTHA MORRIS | 4491 | $13,714.50 | LITIG - BODILY INJURIES |
| GIORDANO, JOHN R. | 14882 | Unliquidated | LITIG - BODILY INJURIES |
| HAWKS WANDA | 7349 | $30,000.00 | LITIG - BODILY INJURIES |
| KELLEY, CARLA | 6517 | $20,000.00 | LITIG - BODILY INJURIES |
| KUEGELER, MILDRED | 5822 | $9,172.74 | LITIG - BODILY INJURIES |
| STEVENSON KAITLY | 7653 | $10,000.00 | LITIG - BODILY INJURIES |
| STOWE, CRAIG A. | 16555 | $448,880.66 | LITIG - BODILY INJURIES |
| TARYN GREMILLION | 5819 | $1,500,000.00 | LITIG - BODILY INJURIES |
| TULLOCK, SHARON | 11384 | $5,000,000.00 | LITIG - BODILY INJURIES |
| WILLIE MORRIS | 4489 | $11,745.00 | LITIG - BODILY INJURIES |

# **Exhibit B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

SAFETY-KLEEN CORP., et al.,

Debtors.

Case No. 06-0354 (GMS)

### DECLARATION OF CURTIS S. MILLER

1. I am an associate in the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel for Oolenoy Valley Consulting LLC in the captioned matter. Since May of 2006 when I filed a pleading in the captioned action for primary counsel who was then away on maternity leave, I have not had any ongoing responsibility for this matter. Rather, since that time, this matter has been handled exclusively by Donna L. Culver who has filed numerous pleadings on behalf of the Trustee. As a result, I believed that she was receiving electronic notifications pertaining to this matter.

2. On March 9, 2007, I received an electronic notice of the Court's Order scheduling a telephonic status and scheduling conference in the action for March 28, 2007. However, as a result of my lack of involvement in the case and my mistaken belief that Ms. Culver was receiving copies of the electronic notices in the case, I did not forward it to her attention until March 26, 2007 when I received electronic notice of the Court's oral order inquiring as to the status of the Joint Status Report. Upon receiving that notice, I consulted with Ms. Culver and learned for the first time that she had not been receiving electronic notices related to the case, and was not aware of the status conference scheduled by the Court.

3. It is my practice to regularly review electronic notifications in all cases in which I am actively participating. However, due to the sheer volume of electronic notifications

that I receive on a daily basis, I do not regularly review notifications pertaining to cases in which I have no continuing involvement. Had I known that Ms. Culver was not receiving electronic notifications pertaining to this matter, I would have taken action to make certain that those communications were forwarded to her for action.

    I declare under penalty of perjury that the foregoing is true and correct.

_____
Curtis S. Miller

March 26, 2007

**CERTIFICATE OF SERVICE**

        I, Donna L. Culver, certify that I am not less than 18 years of age, and that service of the foregoing **Oolenoy Valley Consulting LLC's Motion For Continuance Of Scheduling Conference** was caused to be made on March 26, 2007, in the manner indicated upon the parties identified on the attached service lists.

Date: March 26, 2007

                                                         */s/Donna L. Culver*
                                                    Donna L. Culver (#2983)

549629.8

# SERVICE LIST

**VIA HAND DELIVERY**

Delia A Clark
Rawle & Henderson LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE  19801

Eric M Davis Esq
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P O Box 636
Wilmington, DE  19899-0636

James E. Huggett
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE  19806

Christopher D Loizides
Christopher D Loizides PC
1225 North King Street
Suite 800
Wilmington, DE  19801-3246

Joseph J McMahon Esq
Office of the United States Trustee
844 King Street Suite 2207
Lockbox 35
Wilmington, DE  19801

Mark Minuti Esq
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
Wilmington, DE  19801

Thomas S Neuberger Esq
The Neuberger Firm PA
2 East 7th Street
Suite 302
Wilmington, DE  19801

Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
Attn:  Bankruptcy Department
800 Delaware Avenue
Wilmington, DE  19801

**VIA FIRST CLASS U.S. MAIL**

Mr Timothy Gillen
Carl Bolander & Sons Co
251 Starkey Street
P O Box 7216
St Paul, MN  55107

Charles Daff
Charles Daff Law Office
2122 North Broadway
Suite 210
Santa Ana, CA  92706

Ronald L Daugherty
Pelino & Lents PC
One Liberty Place, 32nd Floor
1650 Market Street
Philadelphia, PA  19103-7393

Tennessee Department of Revenue
TN Attorney General's Ofc Bankruptcy Div
PO Box 20207
Nashville, TN  37202-0207

Luc A Despins Esq
Susheel Kirpalani Esq
Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005-1413

DMH Environmental, Inc.
c/o Bryan Scott
1462 Campbell
Suite 100
Houston, TX  77055

Richard M Flores Esq
Steven Woodside Esq
County of Sonoma
575 Administration Drive
Room 1005
Santa Rosa, CA  95403-2815

Flaster/ Greenberg PC
Attn Bankruptcy Dept
1628 JFK Boulevard
15th Floor
Philadelphia, PA  19103

Roman B Hirniak Esq
Buchanan Ingersoll PC
700 Alexander Park
Suite 300
Princeton, NJ  08540-6347

Rayni C Lay Esq
The Texas A&M University System
A&M University System Building Suite 2079
200 Technology Way
College Station, TX  77845-3424

John H. Maddock III
Elizabeth L. Gunn
McGuireWoods LLP
One James Center, 901 E. Cary Street
Richmond, VA  23219

Daniel J McGay Esq
Rider Bennett LLP
33 South 6th Street
Suite 4900
Minneapolis, MN  55402-3716

Khosrow B. Semnani, Esquire
Nielsen & Senior
5217 South State Street
Suite 400
Salt Lake City, UT  84107

J Gregory St Clair Esq
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
Floor 24
New York, NY  10036-6522

Bryan A. Albue, Esquire
Fennemore Craig
3003 North Central America, Suite 2600
Phoenix, AZ  85012

Steven T. Hoort, Esquire
Gregory O. Kaden, Esquire

Ropes & Gray LLP
One International Place
Boston, MA  02110

Charlese Harrington, Credit Manager
Abatix Corp.
8201 East Point Drive, Suite 500
Dallas, TX  75227

Eva Milanowski
Giselle Bentancourt,
Bankruptcy Coordinator
Pitney Bowes Inc.
27 Waterview Drive
Shelton, CT  06484

David L. Hackley
c/o U.S. Equal Employment
Opportunity
Jackie Jones Mount
301 North Main Street
Suite 1402
Greenville, SC  29601-2176

Susan M. Diehl, Esquire
Corporate Counsel
Holnam Inc.
6211 North Ann Arbor Road
Dundee, MI  48131

# SERVICE LIST

**VIA FIRST CLASS U.S. MAIL**

William B. Baggett, Esq.
Allwaste (E. Webb et al.)
c/o Baggett McCall Burgess & Watson
P.O. Drawer 7820
Lake Charles, LA  70606-7820

William B. Baggett, Esq.
Allwaste (J. Ortego et al.)
c/o Baggett McCall Burgess & Watson
P.O. Drawer 7820
Lake Charles, LA  70606-7820

William B. Baggett, Esq.
Allwaste (J. White et al.)
c/o Baggett McCall Burgess & Watson
P.O. Drawer 7820
Lake Charles, LA  70606-7820

William B. Baggett, Esq.
Allwaste (L. Shelton et al.)
c/o Baggett McCall Burgess & Watson
P.O. Drawer 7820
Lake Charles, LA  70606-7820

Donna M. & William R. Borthwick
c/o Siben & Siben Law Offices
90 East Main Street
Bay Shore, NY  11706

Donna Chmielarski
1139 Rushing Parc Dr.
Birmingham, AL  35244-6752

Barbara Cirina
c/o Gary Alweiss
229 Seventh Street
Suite 300
Garden City, NY  11530

Barbara Cirina
43 Ash Street
Floral Park, NY  11001

Donna Borthwick
c/o Siben & Siben Law Offices
90 East Main Street
Bay Shore, NY  11706

Eartha Morris
c/o Downer Walters & Miitchner
Thomas Downer
301 South Tryon Street, Ste 1760
Wachovia 2 Center
Charlotte, NC  28202

Michael Paglino
Bellavia Gentile & Associates LLP
200 Old Country Road
Mineola, NY  11501

John R. Giordano
248 Connetquot Avenue
East Islip, NY  11730

Wanda Hawks
14009 Woodwell St
Silver Springs, MD  20906

Carla Kelley
300 North J Street
Palouse, WA  99161

Mildred Kuegeler
1139 Rushing Parc Dr.
Birmingham, AL  35244-6752

Willie Morris
c/o Downer Walters & Miitchner
Thomas Downer
301 South Tryon Street, Ste 1760
Wachovia 2 Center
Charlotte, NC  28202

Kaitly Stevenson
c/o Roberts & Mahoney
Thomas M. Roberts
101 E. Augusta Avenue
Spokane, WA  99207-2407

Kaitly Stevenson
P.O. Box 160
Palouse, WA  99161

Craig A. Stowe
c/o Gauthier, Downing, LaBarre, Beiser & Dean
John W. Houghtaling, II
3500 N. Hullen St
Metairie, LA  70002

Taryn Gremillion
c/o Degravelles Palmintier & Holthaus
Michael C. Palmintier
618 Main Street
Baton Rouge, LA  70801-1910

Sharon Tullock
1680 Kingsport Highway
Greeneville, TN  37745

Wanda Hawks
10412 Royal Road
Silver Springs, MD  20903

536420