IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAFETY-KLEEN CORP., et al.,<br><br>Debtors. | Case No. 06-0354 (GMS) |

**OOLENOY VALLEY CONSULTING LLC'S WITHDRAWAL
WITHOUT PREJUDICE OF ITS MOTION TO ESTIMATE CERTAIN
PERSONAL INJURY CLAIMS AND TO SET SCHEDULE FOR COMPLETION OF
<u>DISCOVERY WITH RESPECT TO CLAIM OF EARTHA MORRIS</u>**

Oolenoy Valley Consulting LLC, as trustee of the Safety-Kleen Creditor Trust, hereby withdraws, without prejudice, its Motion To Estimate Certain Personal Injury Claims And To Set Schedule For Completion Of Discovery (the "Motion To Estimate") with respect to Claim No. 4491 filed by Eartha Morris.

This withdrawal shall have no impact on any other claims that were or are the subject of the Motion To Estimate, nor shall it impact any orders that have been or may be entered with respect to such claims.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Donna L. Culver_
Donna L. Culver (#2983)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
    Counsel for Oolenoy Valley Consulting LLC, as
    trustee for the Safety-Kleen Creditor Trust

April 25, 2007

## CERTIFICATE OF SERVICE

      I, Donna L. Culver, certify that I am not less than 18 years of age, and that service of the foregoing **Oolenoy Valley Consulting LLC's Withdrawal Without Prejudice Of Its Motion To Estimate Certain Personal Injury Claims And To Set Schedule For Completion Of Discovery With Respect To Claim Of Eartha Morris** was caused to be made on April 25, 2007, in the manner indicated upon the parties identified on the attached service list.

Date: April 25, 2007                                        /s/ Donna L. Culver
                                                                        Donna L. Culver (#2983)

549629.11

# SERVICE LIST

**BY FIRST CLASS MAIL:**

William B. Baggett, Esq.
Allwaste (E. Webb et al.)
c/o Baggett, McCall, Burgess, Watson
 & Gaughan
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA  70606-7820

William B. Baggett, Esq.
Allwaste (J. Ortego et al.)
c/o Baggett, McCall, Burgess, Watson
 & Gaughan
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA  70606-7820

William B. Baggett, Esq.
Allwaste (J. White et al.)
c/o Baggett, McCall, Burgess, Watson
 & Gaughan
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA  70606-7820

William B. Baggett, Esq.
Allwaste (L. Shelton et al.)
c/o Baggett, McCall, Burgess, Watson
 & Gaughan
3006 Country Club Road
P.O. Drawer 7820
Lake Charles, LA  70606-7820

Donna M. & William R. Borthwick
c/o Siben & Siben Law Offices
90 East Main Street
Bay Shore, NY  11706

Donna Chmielarski
1139 Rushing Parc Dr.
Birmingham, AL  35244-6752

Barbara Cirina
c/o Gary Alweiss
229 Seventh Street
Suite 300
Garden City, NY  11530

Barbara Cirina
43 Ash Street
Floral Park, NY  11001

Donna Borthwick
c/o Siben & Siben Law Offices
90 East Main Street
Bay Shore, NY  11706

Eartha Morris
c/o Downer Walters & Mitchner
Thomas Downer
301 South Tryon Street, Ste 1760
Wachovia 2 Center
Charlotte, NC  28202

Michael Paglino
Bellavia Gentile & Associates LLP
200 Old Country Road
Mineola, NY  11501

John R. Giordano
248 Connetquot Avenue
East Islip, NY  11730

Carla Kelley
300 North J Street
Palouse, WA  99161

Mildred Kuegeler
1139 Rushing Parc Dr.
Birmingham, AL  35244-6752

Willie Morris
c/o Downer Walters & Mitchner
Thomas Downer
301 South Tryon Street, Ste 1760
Wachovia 2 Center
Charlotte, NC  28202

Kaitly Stevenson
c/o Roberts & Mahoney
Thomas M. Roberts
101 E. Augusta Avenue
Spokane, WA  99207-2407

Craig A. Stowe
c/o Gauthier, Downing, LaBarre, Beiser
 & Dean
John W. Houghtaling, II
3500 N. Hullen St
Metairie, LA  70002

Taryn Gremillion
c/o Degravelles Palmintier & Holthaus
Michael C. Palmintier
618 Main Street
Baton Rouge, LA  70801-1910

Sharon Tullock
1680 Kingsport Highway
Greeneville, TN  37745

Wanda Hawks
10412 Royal Road
Silver Springs, MD  20903